```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 17389
   THERESA W JACKSON
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-9505


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/29/2006 and was confirmed 03/22/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/13/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
NATIONAL CITY BANK         CURRENT MORTG         .00           .00           .00
NATIONAL CITY BANK         MORTGAGE ARRE     8680.56           .00           .00
ONYX ACCEPTANCE CORP       SECURED VEHIC     3678.55         54.86        838.65
NATIONAL CITY MORTGAGE     NOTICE ONLY     NOT FILED           .00           .00
GROWHOMES CONDO ASSOCIAT   SECURED           2975.36           .00        436.58
US CELLULAR                UNSECURED       NOT FILED           .00           .00
DISCOVER CARD              UNSECURED       NOT FILED           .00           .00
CAPITAL ONE                UNSECURED         2429.03           .00           .00
PREMIER BANKCARD           UNSECURED          360.83           .00           .00
PLAINS COMMERCE BANK       UNSECURED          223.51           .00           .00
ECAST SETTLEMENT CORP      UNSECURED          357.72           .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED          480.52           .00           .00
SUBURBAN ER PHYSICIANS G   UNSECURED       NOT FILED           .00           .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00           .00
MIDAMERICA CARDIOVASCULA   UNSECURED       NOT FILED           .00           .00
CINGULAR WIRELESS          UNSECURED       NOT FILED           .00           .00
ADVOCATE HEALTH CENTERS    UNSECURED       NOT FILED           .00           .00
MAGNA SURGICAL             UNSECURED       NOT FILED           .00           .00
COMPREHENSIVE PAIN CARE    UNSECURED       NOT FILED           .00           .00
KUMAR MOOLAYIL MD          UNSECURED       NOT FILED           .00           .00
OAKLAWN RADIOLOGY IMAGIN   UNSECURED       NOT FILED           .00           .00
WELLS FARGO FINANCIAL      UNSECURED         2388.92           .00           .00
OAK FOREST HOSPITAL        UNSECURED       NOT FILED           .00           .00
ADVOCATE SOUTH SUBURBAN    UNSECURED       NOT FILED           .00           .00
MARTIN J OHEARN            DEBTOR ATTY      2,500.00                         .00
TOM VAUGHN                 TRUSTEE                                         87.91
DEBTOR REFUND              REFUND                                            .00


      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 17389 THERESA W JACKSON
```

```
TRUSTEE                                          1,418.00

PRIORITY                                                              .00
SECURED                                                          1,275.23
    INTEREST                                                        54.86
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                                87.91
DEBTOR REFUND                                                         .00
                                        ----------------  ----------------
TOTALS                                           1,418.00         1,418.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 12/27/07                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE